IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **POPILUSH LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>*Defendants.* | Case No. |

## NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to 35 U.S.C. § 290 and Local Rule 3.4, Plaintiff Popilush LLC provides notice of claims involving patents:

1. Names and Addresses of Litigants:

    a. Plaintiff:

    > Popilush LLC
    > 575 8th Avenue, Suite 608
    > New York, NY, 10018, USA.

    b. Defendants:

    > The Partnerships and Unincorporated Associations Identified on Schedule "A"
    > Addresses Unknown

2. Names of Inventors:

    a. Zhennan Xu and Huijuan Lin

3. U.S. Patent upon which suit has been brought:

    a. US 12,302,954, Date of Patent: May 20, 2025

2

Dated: September 3, 2025

*/s/ Nicholas J. Ronaldson*
Nicholas J. Ronaldson
nronaldson@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

Gary M. Hnath*
ghnath@mayerbrown.com
Wm. Brady Nash*
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: 1 202 263 3040

*Counsel for Popilush LLC*
* *pro hac vice* pending/forthcoming