# Exhibit 1

[Redacted in Entirety]