# Exhibit 2

[Redacted in Entirety]