# Exhibit 3

[Redacted in Entirety]