# Exhibit 4

[Redacted in Entirety]