# Exhibit 8

[Redacted in Entirety]