# Exhibit 9

[Redacted in Entirety]