# Exhibit 11

[Redacted in Entirety]