# Exhibit 12

8/30/25, 8:34 PM TRO freeze warning: Don't sell these infringing products/brands! [Summary of the case filed on 5.13] - Zhihu

Case: 1:25-cv-10581 Document #: 5-13 Filed: 09/03/25 Page 2 of 13 PageID #:1834

 Home   Zhihu answered directly  Renewal  Know the school    Switch modes   Login/Register

# TRO freeze warning: Don't sell these infringing products/brands! [Summary of case filing on 5.13]

 SellersGuard - McKenzie
Started in 2018, focusing on cross-border e-commerce intellectual property services

If you are also unfortunately accused in this case, don't panic, let alone deal blindly, **you can send a private message in the background, leave us a message or visit the official website to find the seller colleagues who are the defendants in the same case, and join our case group**. The road to cross-border e-commerce is challenging, but you're not alone!

> SellerGuard - Solve your e-commerce business problems!
> 🔗 sellerguard.com.cn/

**About the Author**

SellersGuard - ...
Started in 2018, focusing ...

| Reply | essay | followers |
|---|---|---|
| 14 | 128 | 11 |

concern | 💬 Send a private message

**Poppy Playtime Poppy's playtime**

Case filing time: 2025-05-13

Case No.: 25-CV-05307

Rights Protection Brand: Poppy Playtime Poppy's Playtime

Plaintiff: Mob Entertainment⁺, Inc.

Agency: GBC

Types of rights protection: characters, trademark image copyrights



▲ Agree ▼    💬 Add a comment    ➤ share    ♥ like    ⭐ collection    📋 Request for reprint    ...



**"Despicable Me" and many other movies**

Case filing time: 2025-05-13

Case numbers: 25-CV-05288, 25-CV-05268, 25-CV-05279

Rights protection brand: "Despicable Me" and many other movies

Plaintiff:Universal City Studios LLC⁺

Agency: GBC

Types of rights protection: trademarks, copyrights

This case involves the relevant trademarks and film and television copyrights of 4 works of "Despicable Me", "Fast and Furious", "Jaws" and "E.T. Alien":

| Registration Number | Trademark |
|---|---|
| 4,522,438 | DESPICABLE ME |
| 4,522,437 | |
| 4,419,214 | |
| 4,515,131 | |
| 4,605,902 | |
| 4,354,512 | |
| 6,169,993 | IT'S SO FLUFFY |
| 6,456,114 | |
| 4,918,817 | MINIONS |
| 5,059,956 | |

8/30/25, 8:34 PM  U.S抢注预警！Don't sell these infringing products/brands, summary of the case filed on 5.13 - 知乎

Case: 1:25-cv-10581 Document #: 5-13 Filed: 09/03/25 Page 4 of 13 PageID #:1836

| Registration Number | Trademark |
| --- | --- |
| 5,166,771 | |
| 5,129,447 | |
| 5,055,079 | |
| 5,129,446 | DESPICABLE ME MINION MADE |
| 4,592,054 | |
| 4,592,051 | |
| 4,592,052 | |
| 4,596,147 | |

| Registration Number | Trademark |
| --- | --- |
| 2,854,465 | THE FAST AND THE FURIOUS |
| 5,276,717 | FAST & FURIOUS |
| 5,697,522 | |
| 5,428,676 | |
| 5,546,145 | |
| 5,428,677 | |
| 6,069,963 | FAST & FURIOUS SPY RACERS |
| 6,731,983 | |
| 6,731,984 | |

| Registration Number | Trademark |
| --- | --- |
| 1,100,741 | JAWS |
| 2,276,097 | |
| 2,316,903 | |
| 6,791,161 | |
| 7,139,772 | |
| 7,426,341 | |
| 6,294,711 | YOU'RE GONNA NEED A BIGGER BOAT |
| 6,294,707 | |
| 1,075,059 | JAWS |
| 1,073,671 | |

| Registration Number | Trademark |
| --- | --- |
| 1,314,299 | E.T. |
| 1,390,935 | |
| 2,772,224 | |
| 1,312,269 | E.T. THE EXTRA-TERRESTRIAL |
| 1,346,436 | |

**Copyright of film and television works:**

8/30/25, 8:34 PM
Case: 1:25-cv-10581 Document #: 5-13 Filed: 09/03/25 Page 5 of 13 PageID #:1837
侵权预警！Don't sell these infringing products/brands: summary of the cases filed on 5.13 - 知乎

UGG

Case filing time: 2025-05-13

Case No.: 25-CV-05275

Rights protection brand: UGG

Plaintiff:Deckers Outdoor Corporation

Agency: GBC

Types of rights protection: trademarks, patents



8/30/25, 8:34 PM    UGG freeze warning: Don't sell these infringing products/brands, summary of the case filed on 5.13 - zhihu

Case: 1:25-cv-10581 Document #: 5-13 Filed: 09/03/25 Page 6 of 13 PageID #:1832

In addition to the UGG trademark, here are the patterns for its design patents:





IP Squeeze Warning! Don't sell these infringing products/brands. (Summary of the case filed on 5.13.)- Zhihu





**Copyright Garyck Truls Arntzen**

Case filing time: 2025-05-13

Case No.: 25-CV-05290

Copyright Garyck Truls Arntzen

Plaintiff: Garyck Truls Arntzen

Law firm: Keith

Type of rights protection: copyright





**MUFC Manchester United Football Club**

Case filing time: 2025-05-13

Case No.: 25-CV-05271

Rights protection brand: MUFC Manchester United Football Club

Plaintiff: Manchester United Football Club Limited

Agency: GBC

Type of Rights Protection: Trademark



**Mariia Taktasheva Works**

Case filing time: 2025-05-13

Case No.: 25-CV-05268

Rights protection brand: Mariia Taktasheva Works

Plaintiff: Mariia Taktasheva

Law firm: Keith

Type of rights protection: copyright



**NHL North American Professional Hockey League**

Case filing time: 2025-05-13

Case numbers: 25-CV-05272, 25-CV-05309

Rights Protection Brand

8/30/25, 8:34 PM 亚马逊卖家不要再等了！Don't see these infringing products? A list/Summary of the cases filed on 5.13 - 知乎

Case: 1:25-cv-10581 Document #: 5-13 Filed: 09/03/25 Page 11 of 13 PageID #:1843

Plaintiff: NHL Enterprises[+], L.P.[+]

Agency: GBC

Type of Rights Protection: Trademark

| Registration Number | Trademark |
|---|---|
| 1,962,135 4,631,182 | NHL |
| 2,422,903 4,686,827 4,767,415 | STANLEY CUP |
| 1,678,612 | NHL (shield logo) |

**Rubik Cube 魔方**

立案时间：2025-05-13

案件编号：25-cv-05277

维权品牌：Rubik Cube 魔方

原告： Spin Master Ltd.[+] et al

代理律所：GBC

维权类型:商标



8/30/25, 8:34 PM                                             TRO freeze waiting! Don't see these infringing products brands, summary of the cases filed on 5.13 - Zhihu

Case: 1:25-cv-10581 Document #: 5-13 Filed: 09/03/25 Page 12 of 13 PageID #:1844

**The above cases are expected to be executed soon, and if there is a suspicion of infringement defendants, it is necessary to be prepared to respond and withdraw funds in time to avoid excessive freezing. The TRO case was settled in response to the lawsuit, and it was found**SellersGuard[+]**!　Established cross-border intellectual property service provider, low fees, fast timeliness, high return, and guaranteed service!**

**The following recently frozen cases are welcome to join the case handling group, and have recently received replies from the plaintiff's law firm:**

2025.6.7 Representatives of the law firms received the following responses:
1. Alioth Law LLP: 25-cv-615 (Qianming Fu Storage Unit) 25-cv-4194 (KEI & CHRIS LLC)
2. BOIES SCHILLER FLEXNER LLP: 24-cv-62004 (Jack Racks Key Ring).
3. David: 25-cv-1873 (Derek Cat Door Knocker Bronze Sculpture)
4. GBC: 25-cv-5438 (Poppy Playtime) 25-cv-4553 (Harley Davidson Harley Motorcycle)
5. Keith: 25-cv-5584 (Garyck Vintage Elements Style Illustration) 25-cv-4200 (Makiko Christmas-themed illustrations)
6.TME Law[+], P.C[+]: 25-cv-2123 (Harry Potter)
7.Whitewood Law[+]: 25-CV-457 (Massage Patent)

---

2025.6.5 Law Firm Representatives Received:
1. BOIES SCHILLER FLEXNER LLP: 25-cv-20637 (PurplePillow)
2. Sriplaw: 25-cv-4229 (Illustration by Brian American Eagle)
3. David: 25-cv-3538 (CABLE BITE Cable Storage)
4. ESCA Legal LLC: 25-cv-3318 (Overnight Blowout)
5. GBC: 25-cv-4642 (PlayStation Game Console) 25-cv-4553 (Harley Davidson Harley Motorcycle) 25-cv-3929 (NBA).
6. Keith: 25-cv-5421 (Garyck vintage element style illustrations) 24-cv-9688 (prints by Jennifer in various Moroccan styles, etc.)
7. Nixon Peabody: 25-cv-4695 (Weaver Mounts)
8. Sullivan & Carter LLP: 25-cv-2970 (Tales.) Icebreaker card)
9.Whitewood Law: 25-cv-377 (threaded eye embroidery needle) 25-cv-506 (color cat illustration copyright)

---

2025.6.4 Representatives of the law firm received the following responses:
1.Waddey Acheson LLC: 25-cv-390 (Q-Less Crossword)
2.GBC: 25-cv-5438 (Poppy Playtime)
3.Alioth Law LLP: 25-cv-615 (Qianming Fu Storage Device)
4. Flener: 24-cv-5288 (PLANT TRAPS Planter Stand)
5. HSP: 25-cv-820 (Neon Genesis Evangelion NEON GENESIS EVANGELION)
6. Keith: 25-cv-4136 (Anna's Christmas Illustration) 24-cv-3886 (David Lozeau Products)
7.Nixon Peabody: 25-cv
8.Reiner & Reiner PA: 25

Case: 1:25-cv-10581 Document #: 5-13 Filed: 09/03/25 Page 13 of 13 PageID #:1845

8. Rockfreeze Wedding: Don't see these infringing products/brands (Summary of the cases filed on 5.13)

9. Sullivan & Carter LLP: 25-cv-2970 (Tales Icebreaker Cards)

10. TME Law, P.C: 25-cv-3703 (BLONDIE Blondes)

11. Whitewood Law: 25-cv-506 (Color Cat Illustration Copyright)

Posted on 2025-06-08 20:42 · Guangdong

US TRO settlement    Cross-border e-commerce infringement    Amazon selection



Write your comment...



There are no reviews yet, be the first to comment

**Recommended reading**

**Tinder Security Weekly: Xiaomi is suspected of...**
tinder safe    Posted in Tinder Safety Fact...

**A complete guide to daily problems for sellers on th...**
Seller entry Q: How to register a wildberries cross-border store account? At present, we accept Chinese mainland, Hong Kong, Macau business license check-in, sellers can submit the occupan...
Cross-border Overseas Knowledge Bureau

**PayPal Anti-Seal and Maintenance Guide**
Very important 1. Keep your IP address stable, and log in to a stable device and IP address no matter what you do in your account! (Download a stable anti-fingerprint browser and b...
Kai Xiaolin Independent station collects payment



**The Amazo frozen, and**
VIPON off-si