# Exhibit 13

[Redacted in Entirety]