# Exhibit 14

[Redacted in Entirety]