# Exhibit 15

[Redacted in Entirety]