IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **POPILUSH LLC**<br><br>　　*Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>　　*Defendants.* | Case No. |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Popilush LLC requests temporary *ex parte* relief in this action for patent infringement, copyright infringement, and violations of the Lanham Act. Sealing is necessary to prevent Defendants from discovering these proceedings prior to the execution of the temporary restraining order. If Defendants discover this suit before these items are sealed, Defendants may destroy relevant documentary evidence, transfer their assets to foreign jurisdictions, and abscond with ill-gotten gains from their infringing sales—frustrating the purpose of the law and interfering with the Court's equitable power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions have been taken, Popilush will move to unseal these documents.

Popilush therefore requests leave to file the following documents and information under temporary seal:

　　a. Defendants' identities and Plaintiff's intellectual property, including patent and copyright registration numbers, identified in the Complaint, Notice of Claims Involving Patents, and Memorandum of Law in Support of Popilush's *Ex Parte* Motion For A Temporary Restraining Order, Temporary Injunction, Temporary Asset Restraint, And Expedited Discovery;

b. Schedule "A" to the Complaint, which lists the fully interactive e-commerce stores operating under the seller aliases and the e-commerce store URLs under the Online Marketplaces;

c. Exhibits 1-4, 8, 9, 11, 13-15 to the Complaint, which identifies Plaintiff's intellectual property and includes screenshot printouts showing the e-commerce stores operating under the seller aliases and their infringing activities, products, and unlawful conduct;

d. Exhibits 1-9 to the Eve DeMartine Declaration and Exhibits 1-7, 9, 11 to the Nicholas J. Ronaldson Declaration in Support of Popilush's *Ex Parte* Motion For A Temporary Restraining Order, Temporary Injunction, Temporary Asset Restraint, And Expedited Discovery, which provide Defendants' identities, infringing activities, products, and unlawful conduct, Plaintiff's intellectual property, and evidence that may alert Defendants to this action to enable them to evade jurisdiction and enforcement of this Court's orders.

Dated: September 3, 2025

/s/ *Nicholas J. Ronaldson*
Nicholas J. Ronaldson
nronaldson@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

Gary M. Hnath*
ghnath@mayerbrown.com
Wm. Brady Nash*
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: 1 202 263 3040
*Counsel for Popilush LLC*
* *pro hac vice* pending/forthcoming