IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **POPILUSH LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>*Defendants.* | Case No. |

**PLAINTIFF POPILUSH LLC'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff Popilush LLC seeks an *ex parte* temporary restraining order and injunction against Defendants to enjoin the manufacture, importation, distribution, offering for sale, and sale of the infringing products. Popilush further seeks a temporary asset restraint and expedited discovery. A Memorandum of Law in Support of this Motion is filed concurrently.

Dated: September 3, 2025

*/s/ Nicholas J. Ronaldson*
Nicholas J. Ronaldson
nronaldson@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

Gary M. Hnath*
ghnath@mayerbrown.com
Wm. Brady Nash*
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: 1 202 263 3040

2

*Counsel for Popilush LLC*
*\* pro hac vice* pending/forthcoming

1751471674.2

Case: 1:25-cv-10581 Document #: 13 Filed: 09/04/25 Page 2 of 2 PageID #:3335