IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **POPILUSH LLC**  *Plaintiff*, v. **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**  *Defendants.* | Case No. 1:25-cv-10581  Honorable Thomas M. Durkin |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Popilush LLC requests temporary *ex parte* relief in this action for patent infringement, copyright infringement, and violations of the Lanham Act. Sealing is necessary to prevent Defendants from discovering these proceedings prior to the full and complete implementation of the temporary restraining order. If Defendants discover this suit before these items are sealed, Defendants may destroy relevant documentary evidence, transfer their assets to foreign jurisdictions, and abscond with ill-gotten gains from their infringing sales—frustrating the purpose of the law and interfering with the Court's equitable power to grant relief. In fact, this very conduct appears to either be occurring or is at increased risk of occurring because this case is actively being tracked. Once the temporary restraining order has been served on the relevant parties and the requested actions have been taken, Popilush will move to unseal these documents.

Popilush therefore requests leave to file the following documents and information under temporary seal:

a. Popilush LLC's Ex Parte Motion To Extend The Temporary Restraining Order;

b. Popilush LLC'S Memorandum Of Law In Support Of Its Ex Parte Motion To Extend The Temporary Restraining Order;

c. Exhibit A to Popilush LLC'S Ex Parte Motion To Extend The Temporary Restraining Order – Declaration of Nicholas J. Ronaldson in Support of Popilush's Ex Parte Motion for an Extension of the Temporary Restraining Order

d. Exhibit B A to Popilush LLC'S Ex Parte Motion To Extend The Temporary Restraining Order – True And Correct Translated Copy Of A WeChat Article Discussing This Case.

Dated: October 13, 2025

*/s/ Nicholas J. Ronaldson*
Nicholas J. Ronaldson
nronaldson@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

Gary M. Hnath*
ghnath@mayerbrown.com
Wm. Brady Nash*
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: 1 202 263 3040
*Counsel for Popilush LLC*
*\* pro hac vice*