IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **POPILUSH LLC**<br><br>  *Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>  *Defendants.* | Case No. 1:25-cv-10581<br><br>Honorable Thomas M. Durkin |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Popilush LLC moves for a preliminary injunction against the Defendants identified in Schedule A to the Complaint and as identified below in Table 1. Dkt. No. 1 at Schedule A.[1] The scope of the preliminary injunction is identical to the temporary restraining order ("TRO") entered on September 30, 2025. Dkt. No. 28. If the Court does not rule on Plaintiff's Motion for Preliminary Injunction before the TRO expires on October 28, 2025 at 3pm, then Plaintiff seeks to extend the TRO to maintain the status quo until the Court rules on this motion. In support of its motion, Plaintiff files a memorandum of law and a declaration of Nicholas J. Ronaldson.

---

[1] Due to ongoing settlement negotiations, Plaintiff does not seek a preliminary injunction at this time against Defendant No. 1 "ChicMe" and Defendant No. 4 "Halara." The TRO as to ChicMe and Halara can therefore be dissolved. Plaintiff reserves all rights to seek a preliminary injunction against those defendants should settlement negotiations fail.

Dated: October 27, 2025

/s/ Nicholas J. Ronaldson
Nicholas J. Ronaldson
nronaldson@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

Gary M. Hnath*
ghnath@mayerbrown.com
Wm. Brady Nash*
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: 1 202 263 3040
*Counsel for Popilush LLC*
*\* pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, published on a website, and emailed to the addresses identified in Table 1 hereto with a link to that website.

| | |
|---|---|
| Dated: October 27, 2025 | */s/ Nicholas J. Ronaldson*<br>Nicholas J. Ronaldson<br>nronaldson@mayerbrown.com<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>T: (312) 623-7056<br><br>Gary M. Hnath*<br>ghnath@mayerbrown.com<br>Wm. Brady Nash*<br>bnash@mayerbrown.com<br>MAYER BROWN LLP<br>1999 K Street N.W.<br>Washington, D.C. 20006<br>T: 1 202 263 3040<br>*Counsel for Popilush LLC*<br>* *pro hac vice* |

# **Table 1**

| Defendant No. | Defendant/Seller Alias | Identified Email Address |
|---|---|---|
| 2 | DHgate Seller | dhhuantuo@163.com |
| 3 | Guangzhou Shixing Industrial Co., Ltd. | larrycard@163.com |
| 5 | Mooslover | mooslover_us_os882@163.com |
| 6 | Shantou Peijiasheng Clothing Co., Ltd. | unl@unerl.cn |
| 7 | Malco Modes | wecare@malcomodes.biz |