UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Popilush LLC

    Plaintiff,

v.

Case No.: 1:25−cv−10581

Honorable Thomas M. Durkin

The Partnerships And Unincorporated Associations Identified On Schedule A,, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 11/3/2025. Counsel was present on behalf of Defendant Full Scale Full Speed Pte. Ltd. For the reasons stated on the record, Plaintiff's motion for entry of a preliminary injunction [45] is granted, excluding Defendants Nos. 1 and 4. Plaintiff's counsel is to submit a proposed Preliminary Injunction Order to Judge Durkin's Proposed Order Inbox. Plaintiff's counsel is ordered to add ALL Defendant names listed in Schedule A to the docket within three business days. Instructions can be found on the court's website https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. A telephone status hearing is set for 12/5/2025 at 9:15 a.m. To join the telephone conference, dial (650) 479−3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.